USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/01/2021

Case 1:19-cr-00212-VEC   Document 302   Filed 11/01/21   Page 1 of 1



105 MAIN STREET
HACKENSACK, NJ 07601
TEL: 201-457-0071
FAX: 201-457-0072

WWW.FOYSEPLOWITZ.COM

30 WALL STREET
8TH FLOOR
NEW YORK, NY 10005
TEL: 212-709-8230



November 1, 2021

Honorable Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      **Re:** **United States v. Russell Cook, et al.**
           **Dkt. #19 Cr. 212 (VEC)**
           **Permission to Return Passport**

Dear Judge Caproni:

On March 2, 2020, the court sentenced Mr. Russell Cook to probation. Pre-trial Services Officer Kathia Bermudez recently contacted Mr. Cook and advised him that she will only release his passport, which was being held as a condition of release while the case was pending before the court, pursuant to a court Order.

Based upon the forgoing, I am requesting that the court "so order" Pre-Trial Services to release Mr. Cook's passport and any other property that was held as a condition of his release in the above referenced criminal action.

Thank you for your thoughtful consideration.

Sincerely,

**FOY & SEPLOWITZ LLC**

*Jason E. Foy*

**JASON E. FOY**
jfoy@foyseplowitz.com

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*

Date: November 1, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

    cc:    Russell Cook
           Kathia Bermudez (kathia_bermudez@nyspt.uscourts.gov)